In the Matter of the Application of MINNIE SEILER, a Stockholder in PARAGON TRADING CORPORATION, for Appointment of Three (3) Persons to Appraise the Value of Her Stock.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CLARA ISENBERG SIELCKEN-SCHWARZ v. AMERICAN FACTORS, LIMITED.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IRENE HOLDING CORPORATION v. MADISON-FIFTY-NINTH STREET CORPORATION. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAURY M. KOTZ v. NEW YORK STATE NATIONAL BANK, ALBANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DAVID McCONNELL v. WILLIAMS STEAMSHIP COMPANY, INC., and AMERICAN MERCHANT MARINE STEAMSHIP CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Motion for a reargument denied. Motion for a stay granted upon plaintiff's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 239 App. Div. 393.]

JOSEPH ROSENBLATT v. HARRY MEIROWITZ.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

ROSALIE HOCHSTETER v. PROSPECT BUILDING AND CONTRACTING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BENJAMIN BLOCK and Others v. THE PENNSYLVANIA EXCHANGE BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.